# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH B. CARR and
ELAINA M. CARR,

    Plaintiffs,                              Case No. 13-11573
                                                  Honorable Denise Page Hood

v.

JP MORGAN CHASE BANK, NA

    Defendant.
_____/

## **JUDGMENT**

        This action having come before the Court and the Court having issued an order dismissing the case this date,

        Accordingly,

        Judgment is entered against Plaintiffs Kenneth B. Carr and Elaina M. Carr and in favor of Defendant JP Morgan Chase Bank, N.A.

                                                                         DAVID J. WEAVER
                                                                        CLERK OF COURT

Approved:                                                By:  <u>s/Holly Monda for LaShawn Saulsberry</u>
                                                                             Deputy Clerk

<u>S/Denise Page Hood</u>
DENISE PAGE HOOD
United States District Judge

DATED: September 30, 2013

Detroit, Michigan